**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FETYOU, HERMIZ Z. | ) | |
| | ) | CASE NO. 05-57953 CPJ |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL

   on:   **October 28, 2008**
   at:   **9:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                    $          17,440.04

   b. Disbursements                               $           2,279.95

   c. Net Cash Available for Distribution         $          15,160.09

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 2,494.00 | $ 390.62 |
| American Auction Associates | $ 2,267.65 | $ 0.00 | $ 0.00 |
| Lee Schwendner, Accountant | $ 0.00 | $ 981.25 | $ 0.00 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $83,929.12, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 13.46%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Lord & Taylor | $ 750.57 | $ 101.00 |
| 2 | Discover Bank/Discover Financial Services | $ 4,709.41 | $ 633.74 |
| 3 | Chase Bank USA, N.A. | $ 4,315.48 | $ 580.73 |
| 4 | Chase Bank USA, N.A. | $ 10,671.18 | $ 1,436.01 |
| 5 | Chase Bank USA, N.A. | $ 8,131.80 | $ 1,094.28 |
| 6 | American Express Centurion Bank | $ 3,086.46 | $ 415.34 |
| 7 | Protection One | $ 104.85 | $ 14.11 |
| 8 | MBNA America Bank N.A. | $ 30,215.30 | $ 4,066.03 |
| 9 | Citibank (South Dakota) NA | $ 8,371.45 | $ 1,126.53 |
| 10 | Citibank (South Dakota) NA | $ 6,734.93 | $ 906.31 |
| 11 | Citibank (South Dakota) NA | $ 6,837.69 | $ 920.14 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Cash on Hand
    b. Household Goods
    c. Wearing Apparel
    d. 2005 Honda Accord-Leased

Dated:    **September 26, 2008**            For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2              Date Rcvd: Sep 26, 2008
Case: 05-57953                 Form ID: pdf002             Total Served: 41


The following entities were served by first class mail on Sep 28, 2008.
db           +Hermiz Z Fetyou,    1625 W Catalpa,    3rd Floor,    Chicago, IL 60640-1103
aty          +Constantine Dean Matsas,    C Dean Matsas & Associates, PC,    5153 N Broadway,
               Chicago, IL 60640-3000
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10299955     +ADP, Inc.,    7474 W. Chandler Blvd.,    Chandler, AZ 85226-3250
10299958    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court:  American Honda Finance,    2170 Point Blvd Ste 100,    Elgin, IL 60123)
10299956     +Allied Waste Services,    2608 S. Damen,    Chicago, IL 60608-5209
10299957     +American Express,    PO BOX 360002,    FT Lauderdale, FL 33336-0002
10623933      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10299959     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
10299961     +BANK ONE,    POB 60073,    City of Industry, CA 91716-0073
10299960     +Bank of America,    POB 53132,    Phoenix, AZ 85072-3132
10299966     +CITY OF CHICAGO,    DEPARTMENT OF REVENUE,    POB 88292,    CHICAGO, IL 60680-1292
10299962     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10618414     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10299963      Chase Bank Usa Na,    Bank One Card Serv,    Westerville, OH 43081
10299964     +Cintas,    1201 W. St. Charles Road,    Maywood, IL 60153-1320
10299965     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10715095      Citibank (South Dakota) NA,    Citibank/Choice,    Exception Payment Processing,    P O Box 6305,
               The Lakes, NV 88901-6305
10299969     +Garret Realty and Development,    2211 N. Elston,    Chicago, IL 60614-2918
10299970     +Horne,    11259 Old Highway 63 South,    LUCEDALE, MS 39452-6649
10299971     +ILLINOIS DEPARTMENT OF REVENUE,    POB 64449,    CHICAGO, IL 60664-0449
10299972    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  INTERNAL REVENUE SERVICE,    KANSAS CITY, MO 64999)
10299973     +LaSalle Bank,    135 S. LaSalle,    Chicago, IL 60603-4489
10299974     +Lord & Taylor,    300 Sheffield Ctr,    Lorain, OH 44055-3157
10597356     +Lord & Taylor,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
10700979     +MBNA America Bank N.A.,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10299975     +Mbna America,    Pob 17054,    Wilmington, DE 19884-0001
10299976     +Peoples Energy,    231305 Momentum Place,    Chicago, IL 60689-0001
10299977     +Pepsi Americas,    Pepsi-Cola General Bottlers, Inc.,    75 Remittance Dr., Ste. 1884,
               Chicago, IL 60675-1884
10299978     +Protection One,    POB 79016,    Phoenix, AZ 85062-9016
10665121     +Protection One,    P O Box 740933,    Dallas, TX 75374-0933
10665122     +Protection One,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10299979     +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
10299981     +TQSC II LLC d/b/a: Quiznos Sub,    1475 Lawrence,    Denver, CO 80202-2219
10299980     +The Terminix International Company,    655 W. Grand,    Elmhurst, IL 60126-1060
10299982     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10299983     +Up 'N Adam Service & Supply, Inc.,    143 S. Wheeling Rd.,    Wheeling, IL 60090-4807
10299984     +Wash Mutual/Providian,    4900 Johnson Dr,    Pleasanton, CA 94588-3308

The following entities were served by electronic transmission on Sep 27, 2008.
10299967      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2008 01:56:29     Discover,    POB 30395,
               Salt Lake City, UT 84130
10611375      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2008 01:56:29
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10299968      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2008 01:56:29     Discover Fin Svs Llc,
               Po Box 15316,    Wilmington, DE 19850
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Sep 26, 2008
Case: 05-57953                Form ID: pdf002          Total Served: 41

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**                    **Signature:**    _Joseph Speetjens_