**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FETYOU, HERMIZ Z. | § | Case No. 05-57953 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $650.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $11,297.94 | Claims Discharged Without Payment: $72,631.18 |
| Total Expenses of Administration: $6,145.82 | |

3) Total gross receipts of $ 17,443.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,443.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

Case 05-57953    Doc 44    Filed 12/11/09    Entered 12/11/09 15:32:00    Desc Main
              Document      Page 2 of 10

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,145.82 | 6,145.82 | 6,145.82 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 83,929.12 | 83,929.12 | 11,297.94 |
| **TOTAL DISBURSEMENTS** | $0.00 | $90,074.94 | $90,074.94 | $17,443.76 |

4) This case was originally filed under Chapter 7 on October 15, 2005. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2009          By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| FETYOU, INC. D/B/A "QUIZNOS SUBS" | 1129-000 | 16,197.13 |
| REFUND ON DIRECT BILL ACCOUNT 3005332604 | 1221-000 | 999.75 |
| Interest Income | 1270-000 | 246.88 |
| **TOTAL GROSS RECEIPTS** | | **$17,443.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,494.00 | 2,494.00 | 2,494.00 |
| BRADLEY J. WALLER | 2200-000 | N/A | 390.62 | 390.62 | 390.62 |
| EDWIN J. BROOKS | 3410-000 | N/A | 981.25 | 981.25 | 981.25 |
| American Auction Associates, Inc | 3610-000 | N/A | 2,267.65 | 2,267.65 | 2,267.65 |
| Klein, Stoddard, Buck, Waller, & Lewis LLC | 2300-000 | N/A | 12.30 | 12.30 | 12.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,145.82 | 6,145.82 | 6,145.82 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lord & Taylor | 7100-000 | N/A | 750.57 | 750.57 | 101.04 |
| Discover Bank/Discover Financial Services | 7100-000 | N/A | 4,709.41 | 4,709.41 | 633.95 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 4,315.48 | 4,315.48 | 580.92 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 10,671.18 | 10,671.18 | 1,436.48 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 8,131.80 | 8,131.80 | 1,094.64 |
| American Express Centurion Bank | 7100-000 | N/A | 3,086.46 | 3,086.46 | 415.48 |
| Protection One | 7100-000 | N/A | 104.85 | 104.85 | 14.11 |
| MBNA America Bank N.A. | 7100-000 | N/A | 30,215.30 | 30,215.30 | 4,067.37 |
| Citibank (South Dakota) NA | 7100-000 | N/A | 8,371.45 | 8,371.45 | 1,126.90 |
| Citibank (South Dakota) NA | 7100-000 | N/A | 6,734.93 | 6,734.93 | 906.61 |
| Citibank (South Dakota) NA | 7100-000 | N/A | 6,837.69 | 6,837.69 | 920.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 83,929.12 | 83,929.12 | 11,297.94 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-57953
Case Name: FETYOU, HERMIZ Z.

Period Ending: 12/07/09

Trustee:  (330500)  BRADLEY J. WALLER
Filed (f) or Converted (c):  10/15/05 (f)
§341(a) Meeting Date:  02/02/06
Claims Bar Date:  05/02/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | FETYOU, INC. D/B/A "QUIZNOS SUBS" | 2,000.00 | 16,197.13 | | 16,197.13 | FA |
| 5 | 2005 HONDA ACCORD-LEASED | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | REFUND ON DIRECT BILL ACCOUNT 3005332604 (u) | 0.00 | 999.75 | | 999.75 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 246.88 | FA |
| 7 | Assets    Totals (Excluding unknown values) | $2,650.00 | $17,196.88 | | $17,443.76 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2006        Current Projected Date Of Final Report (TFR):    September 7, 2008  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-57953 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | FETYOU, HERMIZ Z. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****30-65 - Money Market Account |
| Taxpayer ID #: | 13-7487599 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/07/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/05/05 | {4} | American Auction Associates, Inc. | Gross Auction Proceeds-Sale of Equipment | 1129-000 | 16,078.00 | | 16,078.00 |
| 12/05/05 | {4} | Discover Bank | Payment for Novus Transactions | 1129-000 | 19.13 | | 16,097.13 |
| 12/05/05 | {4} | TQSCII LLC | Data Gathering Award | 1129-000 | 100.00 | | 16,197.13 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.64 | | 16,203.77 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 9.13 | | 16,212.90 |
| 02/09/06 | 1001 | American Auction Associates, Inc | Payment for services rendered per court order of 02/02/2006 | 3610-000 | | 2,267.65 | 13,945.25 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.10 | | 13,953.35 |
| 03/15/06 | {6} | CNA Continental Casualty Company | Refund on Direct Bill Account | 1221-000 | 999.75 | | 14,953.10 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.59 | | 14,961.69 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.47 | | 14,971.16 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.18 | | 14,981.34 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.85 | | 14,991.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.19 | | 15,001.38 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.20 | | 15,011.58 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.54 | | 15,021.12 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.53 | | 15,031.65 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.88 | | 15,041.53 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.55 | | 15,051.08 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.03 | | 15,061.11 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.50 | | 15,068.61 |
| 03/01/07 | 1002 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-57953 | 2300-000 | | 12.30 | 15,056.31 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.04 | | 15,064.35 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.31 | | 15,072.66 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.31 | | 15,080.97 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.78 | | 15,088.75 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.59 | | 15,097.34 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.33 | | 15,105.67 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.52 | | 15,113.19 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.87 | | 15,122.06 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.86 | | 15,129.92 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.70 | | 15,137.62 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.92 | | 15,144.54 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.10 | | 15,147.64 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.81 | | 15,150.45 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.11 | | 15,152.56 |
| | | | Subtotals: | | $17,432.51 | $2,279.95 | |

{} Asset reference(s)

Printed: 12/07/2009 11:27 AM   V.11.53

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-57953 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | FETYOU, HERMIZ Z. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****30-65 - Money Market Account |
| Taxpayer ID #: | 13-7487599 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/07/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.89 | | 15,154.45 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.92 | | 15,156.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.92 | | 15,158.29 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.80 | | 15,160.09 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.98 | | 15,162.07 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.65 | | 15,163.72 |
| 11/02/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.09 | | 15,163.81 |
| 11/02/08 | | To Account #*********3066 | Transfer monies to Checking Account to make final distributions | 9999-000 | | 15,163.81 | 0.00 |
| | | | ACCOUNT TOTALS | | 17,443.76 | 17,443.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,163.81 | |
| | | | Subtotal | | 17,443.76 | 2,279.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $17,443.76 | $2,279.95 | |

{} Asset reference(s)    Printed: 12/07/2009 11:27 AM    V.11.53

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-57953 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | FETYOU, HERMIZ Z. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****30-66 - Checking Account |
| Taxpayer ID #: | 13-7487599 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/07/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/08 | | From Account #********3065 | Transfer monies to Checking Account to make final distributions | 9999-000 | 15,163.81 | | 15,163.81 |
| 11/06/08 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,494.00, Trustee Compensation; Reference: | 2100-000 | | 2,494.00 | 12,669.81 |
| 11/06/08 | 102 | EDWIN J. BROOKS | Dividend paid 100.00% on $981.25, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 981.25 | 11,688.56 |
| 11/06/08 | 103 | BRADLEY J. WALLER | Dividend paid 100.00% on $390.62, Trustee Expenses; Reference: | 2200-000 | | 390.62 | 11,297.94 |
| 11/06/08 | 104 | Lord & Taylor | Dividend paid 13.46% on $750.57; Claim# 1; Filed: $750.57; Reference: 00000722463162 | 7100-000 | | 101.04 | 11,196.90 |
| 11/06/08 | 105 | Discover Bank/Discover Financial Services | Dividend paid 13.46% on $4,709.41; Claim# 2; Filed: $4,709.41; Reference: 6011007350025366 | 7100-000 | | 633.95 | 10,562.95 |
| 11/06/08 | 106 | Chase Bank USA, N.A. | Dividend paid 13.46% on $4,315.48; Claim# 3; Filed: $4,315.48; Reference: XXXXXXXXXXXX9663 | 7100-000 | | 580.92 | 9,982.03 |
| 11/06/08 | 107 | Chase Bank USA, N.A. | Dividend paid 13.46% on $10,671.18; Claim# 4; Filed: $10,671.18; Reference: XXXXXXXXXXXX8659 | 7100-000 | | 1,436.48 | 8,545.55 |
| 11/06/08 | 108 | Chase Bank USA, N.A. | Dividend paid 13.46% on $8,131.80; Claim# 5; Filed: $8,131.80; Reference: XXXXXXXXXXXX6734 | 7100-000 | | 1,094.64 | 7,450.91 |
| 11/06/08 | 109 | American Express Centurion Bank | Dividend paid 13.46% on $3,086.46; Claim# 6; Filed: $3,086.46; Reference: ************4004 | 7100-000 | | 415.48 | 7,035.43 |
| 11/06/08 | 110 | Protection One | Dividend paid 13.46% on $104.85; Claim# 7; Filed: $104.85; Reference: 31630569 | 7100-000 | | 14.11 | 7,021.32 |
| 11/06/08 | 111 | MBNA America Bank N.A. | Dividend paid 13.46% on $30,215.30; Claim# 8; Filed: $30,215.30; Reference: XXXXXXXXXXXX5931 | 7100-000 | | 4,067.37 | 2,953.95 |
| 11/06/08 | 112 | Citibank (South Dakota) NA | Dividend paid 13.46% on $8,371.45; Claim# 9; Filed: $8,371.45; Reference: 5396810050341539 | 7100-000 | | 1,126.90 | 1,827.05 |
| 11/06/08 | 113 | Citibank (South Dakota) NA | Dividend paid 13.46% on $6,734.93; Claim# 10; Filed: $6,734.93; Reference: 5466160156836163 | 7100-000 | | 906.61 | 920.44 |
| 11/06/08 | 114 | Citibank (South Dakota) NA | Dividend paid 13.46% on $6,837.69; Claim# 11; Filed: $6,837.69; Reference: 5466160159436987 | 7100-000 | | 920.44 | 0.00 |

Subtotals : $15,163.81　$15,163.81

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　Printed: 12/07/2009 11:27 AM　V.11.53

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-57953  
**Case Name:** FETYOU, HERMIZ Z.  

**Taxpayer ID #:** 13-7487599  
**Period Ending:** 12/07/09  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****30-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 15,163.81 | 15,163.81 | $0.00 |
| | | | Less: Bank Transfers | | 15,163.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,163.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $15,163.81 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****30-65 | 17,443.76 | 2,279.95 | 0.00 |
| Checking # ***-*****30-66 | 0.00 | 15,163.81 | 0.00 |
| | $17,443.76 | $17,443.76 | $0.00 |

{} Asset reference(s)

Printed: 12/07/2009 11:27 AM    V.11.53